# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162817(58)

JULIE A. BOLEN,
        Plaintiff-Appellant,

v

MARADA INDUSTRIES, INC.,
        Defendant-Appellee.

_____/

SC: 162817
COA: 348765
Oakland CC: 2018-163688-NO

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 3, 2021, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021

Clerk